NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30400
28-MAR-2011
10:36 AM

NO. 30400

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JEFFREY LAMAR TUNLEY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NO. 09-1-2151)

ORDER OF CORRECTION
(By: Reifurth, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on March 28, 2011, is corrected as follows:

On the last page, in the section "On the briefs", the deputy public defender's name is corrected and an additional name is added so that the attorney credits read:

James S. Tabe and
Phyllis J. Hironaka,
Deputy Public Defenders,
for Defendant-Appellant

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 28, 2011.

Associate Judge

---

[1] Nakamura, C.J., Fujise and Reifurth, JJ.